An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS J. BALBONI, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63364

**FILED**

JUL 16 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying an emergency motion based on corruption by the State of Nevada. Second Judicial District Court, Washoe County; Elliott A. Sattler, II, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motion, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-20799

cc:    Hon. Elliott A. Sattler, II, District Judge
       Thomas J. Balboni, Jr.
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk